UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| THOMAS JOSEPH BUCK, | ) |
| | ) |
| Plaintiff–Respondent, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| JANICE J. COMPTON, | ) |
| | ) |
| Defendant–Claimant, | ) |

## APPENDIX TO MOTION TO VACATE

Thomas Joseph Buck, Plaintiff–Respondent, files this Appendix and the following attached documents in support of his Motion to Vacate Arbitration Award:

1. Information dated September 6, 2017;

2. Statement of Claim dated July 31, 2020;

3. Answer to Statement of Claim dated October 15, 2020;

4. Motion to Dismiss dated October 11, 2021;

5. Claimant's Prehearing Brief dated January 25, 2022; and

6. Award dated May 6, 2022.

Respectfully Submitted,

s/ Salvador M. Hernandez
Salvador M. Hernandez (20121)
Keane A. Barger (33196)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615-320-3700
(615) 320-3737 (facsimile)
shernandez@rjfirm.com
kbarger@rjfirm.com

*Counsel for Plaintiff–Respondent*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following via the Court's ECF system, U.S. mail, and email:

Niel Prosser
James T. Ritt
Rob Clapper
Kyle Johnson
PROSSER, CLAPPER & JOHNSON PLC
5865 Ridgeway Center Pkwy, Suite 300
Memphis, TN 38120
(901) 820-4433
np@proserlaw.com
jritt@prosserlaw.com
rclapper@prosserlaw.com
kjohnson@prosserlaw.com

*Counsel for Defendant–Claimant*

this 6th day of June 2022.

                                                                 s/ Salvador M. Hernandez