# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| THOMAS JOSEPH BUCK, | ) |
| Plaintiff-Respondent, | ) |
| v. | ) Case No. 2:22-mc-00017-JTF-tmp |
| JANICE J. COMPTON, | ) |
| Defendant-Claimant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5, Riley & Jacobson, PLC requests that the Court allow it to withdraw from the representation of Thomas Joseph Buck. As grounds, Mr. Buck is unable to afford, and does not wish to incur, any more attorney fees in this matter. Mr. Buck has been making his filings *pro se* at the appellate level since the Sixth Circuit issued its December 20, 2023 opinion and judgment.

Counsel certifies that it informed Mr. Buck by e-mail and telephone on April 16, 2024, that Riley & Jacobson, PLC would seek to withdraw as counsel for this stated reason after the Court issued its Order directing the parties to submit briefing regarding the possibility of pre-judgment interest and applicable Tennessee or Indiana law. Counsel has further discussed the matter with Mr. Buck and he approves the withdrawal as reflected by his signature below. Mr. Buck's telephone number is 317-503-0468. Mr. Buck does not have a steady home address, but the best address to deliver mail to him is at 90 Beachside Dr., #202, Vero Beach, FL 32963.

Counsel respectfully requests that the Court grant the Motion to Withdraw.

Respectfully Submitted,


*s/Salvador M. Hernandez*
Salvador M. Hernandez (#20201)
Tim G. Harvey (#21509)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615)320-3700
shernandez@rjfirm.com
tharvey@rjfirm.com



Approved by:


_____
Thomas Joseph Buck

Respectfully Submitted,

_____
Salvador M. Hernandez (#20201)
Tim G. Harvey (#21509)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615)320-3700

tharvey@rjfirm.com

Approved by:

*/s/ Thomas Joseph Buck*
Thomas Joseph Buck

## **CERTIFICATE OF SERVICE**

      I hereby certify that service of the foregoing document was made upon the following via email and the Court's ECF filing system on this 25th day of April, 2024:

Nathaniel L. Prosser
James R. Clapper
Kyle Johnson
Alexander R. Bunn
Prosser Clapper & Johnson, PLC
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
(901) 820-4433

*Attorneys for Defendant-Claimant*

                                      *s/Salvador M. Hernandez*